# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**,<br><br>v.<br><br>REINALDO RODRIGUEZ-DE JESUS<br><br><br>**Defendant(s).** | Case No. 3:21-cr-0296-01 (FAB) |

## ORDER

The Report and Recommendation filed on May 5, 2023, ECF No. 237 on defendant's Rule 11 proceeding held before Magistrate Giselle López-Soler on May 4, 2023, to which no opposition has been filed, has been considered *de novo* and APPROVED.

The Court finds that the plea was entered voluntarily and intelligently, with awareness of the rights and the consequences of pleading guilty and that it contains all the elements of the offense charged in the Indictment. Accordingly, the guilty plea of defendant as to count 1s of the Superseding Indictment is accepted.

**Sentencing hearing remains set for August 4, 2023 at 9:00 a.m. in Old San Juan Courtroom 6, First Floor.**

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of May 2023.

s/*Francisco A. Besosa*
FRANCISCO A. BESOSA
Senior United States District Judge